**Opinion issued January 28, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00903-CV

_____

**RENEE JEFFERSON-SMITH, Appellant**

**V.**

**CITY OF HOUSTON, TEXAS AND HARRIS COUNTY, TEXAS, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-81187**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant failed to include a certificate of conference in her motion, appellant's motion includes a certificate of service, more than 10 days have passed since the

motion was filed, and no party has responded to the motion.  *See* TEX. R. APP. P.

10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.